IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR18 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO OBESO-ESPINOZA, | ) | ORDER |
| JOSE BELTRAN-NIEBLA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on defendant Roberto Obeso-Espinoza's unopposed motion to continue trial (Filing No. 29). The Court has been advised that defendant Jose Beltran-Niebla has no objection to said continuance. Accordingly,

IT IS ORDERED that said motion is granted; trial of this matter is rescheduled for:

**Monday, August 22, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between June 13, 2005, and August 22, 2005, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court